**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of February, two thousand twenty-six.

_____

| | |
|---|---|
| Laxmi Thapa, | **ORDER** |
| Petitioner, | Docket No. 26-43 |
| v. | |
| Pamela Bondi, United States Attorney General, | |
| Respondent. | |

_____

Counsel for Petitioner Laxmi Thapa has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 15, 2026 as the brief filing date.

It is HEREBY ORDERED that Petitioner's brief must be filed on or before May 15, 2026. The appeal is dismissed effective May 15, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court