## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of May, two thousand twenty-six.

| | |
|---|---|
| Laxmi Thapa, | **ORDER** |
| Petitioner, | Docket No. 26-43 |
| v. | |
| Todd Blanche, Acting United States Attorney General, | |
| Respondent. | |

Counsel for Respondent Todd Blanche has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 14, 2026 as the brief filing date.

It is HEREBY ORDERED that Respondent's brief must be filed on or before August 14, 2026. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Respondent will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

