# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand twenty-six.

———————————————————

Laxmi Thapa,

        Petitioner,

  v.

Todd Blanche, Acting United States Attorney General,

        Respondent.

———————————————————

**ORDER**

Docket No. 26-43

Human Rights First moves for leave to file an amicus brief in support of the Petitioner.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court